**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-1006**

───────────

SUDHARMI,

                                    Plaintiff - Appellee,

        versus

HAITHAM S. SADEQ; ROLA A. SABBAGH,

                                    Defendants - Appellants.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Thomas Rawles Jones, Jr.,
Magistrate Judge.  (CA-00-1451-A)

───────────

Submitted:  May 29, 2002          Decided:  June 11, 2002

───────────

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Haitham S. Sadeq, Rola M. Sabbagh, Appellants Pro Se.  Matthew
William Rau, Arlington, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Haitham S. Sadeq and Rola A. Sabbagh appeal the magistrate judge's order awarding judgment in favor of Appellee in this action filed under the Fair Labor Standards Act.[*]  We have reviewed the magistrate judge's opinion and order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See <u>Sudharmi v. Sadeq</u>, No. CA-00-1451-A (E.D. Va. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (1994).

2